No. 338. BLONDER-TONGUE LABORATORIES, INC. v. UNIVERSITY OF ILLINOIS FOUNDATION ET AL. C. A. 7th Cir. [Certiorari granted, 400 U. S. 864.] Motion of Blumcraft of Pittsburgh opposing motion of Kawneer Co., Inc., for leave to file a brief as *amicus curiae*, after argument, denied.

No. 360. GROVE PRESS, INC., ET AL. v. FLASK ET AL. Appeal from D. C. N. D. Ohio. Motion of appellee Gilmartin to amend his original motion to dismiss or affirm granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.

No. 507. CALIFORNIA DEPARTMENT OF HUMAN RESOURCES DEVELOPMENT ET AL. v. JAVA ET AL. Appeal from D. C. N. D. Cal. [Probable jurisdiction noted, 400 U. S. 877.] Motion of appellees to strike brief for the United States as *amicus curiae* denied.

No. 712. TRIANGLE IMPROVEMENT COUNCIL ET AL. v. RITCHIE, COMMISSIONER, STATE ROAD COMMISSION OF WEST VIRGINIA, ET AL. C. A. 4th Cir. [Certiorari granted, 400 U. S. 963.] Motion for injunction presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that the motion should be granted.

No. 835. DEWEY v. REYNOLDS METALS Co. C. A. 6th Cir. [Certiorari granted, 400 U. S. 1008.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and 30 minutes allotted for that purpose. Respondent allotted 30 additional minutes for oral argument. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, and MR. JUSTICE WHITE are of the opinion that the motion should be denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this motion.